1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CHARLETON S. PEARSE, SBN 122491
ADAM M. AMBROZY, SBN 258237
BENJAMIN D. ORAM, SBN 269453
**LENAHAN, LEE, SLATER & PEARSE, LLP**
1030 15TH Street, Suite 300
Sacramento, CA 95814
Telephone: (916) 443-1030
Facsimile: (916) 443-0869

Attorneys for Defendants
**COUNTY OF YOLO DEPARTMENT OF
EMPLOYMENT AND SOCIAL SERVICES and
PAMELA MILLER**

MARY –ALICE COLEMAN, SBN 98365
THOMS B. GILL, SBN 146275
**LAW OFFICE OF MARY-ALICE COLEMAN**
1109 Kennedy Place, Suite 2
Davis, CA 95616
Telephone: (916) 498-9131
Facsimile: (916) 304-0880

Attorneys for Plaintiff
**DIANA WILLIAMS**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA WILLIAMS, | Case No. 2:11-CV-01844-GEB-DAD |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR EXPERT WITNESS DISCLOSURE DATES** |
| PAMELA MILLER, in her individual capacity, and YOLO COUNTY DEPARTMENT OF EMPLOYMENT AND SOCIAL SERVICES | |
| Defendants. | |

In order to facilitate continuing discovery and evaluation of the case, Plaintiff DIANA

WILLIAMS, (hereinafter referred to as "Plaintiff"), and Defendants, PAMELA MILLER AND

COUNTY OF YOLO DEPARTMENT OF EMPLOYMENT AND SOCIAL SERVICES

(hereinafter collectively referred to as "Defendants") hereby stipulate and seek an order of the Court modifying the Court's October 6, 2011 scheduling order as follows:

(1)     Both parties agree to comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before **February 4, 2013** with any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before **March 4, 2013**;

(2)     All other dates contained within the October 6, 2011 scheduling order are to remain as ordered and are unmodified, altered, or changed.

This Stipulation may be executed in counter-part and faxed and/or authorized electronic signature shall be deemed the same as an original execution.


DATED: June 21, 2012                    **LENAHAN, LEE, SLATER & PEARSE, LLP**



By:     _____
        CHARLETON S. PEARSE
        Attorneys for Defendant,
        COUNTY OF YOLO and PAMELA MILLER

DATED: June 21, 2012                    **LAW OFFICE OF MARY-ALICE COLEMAN**



By:     _____
        THOMAS B. GILL
        Attorneys for Plaintiff,
        DIANA WILLIAMS

**IT IS HEREBY ORDERED THAT**:

(1)     Both parties agree to comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before **February 4, 2013** with any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before **March 4, 2013**;

(2)     All other dates contained within the October 6, 2011 scheduling order are to remain as ordered and are unmodified, altered, or changed.

**Date:  7/5/2012**

GARLAND E. BURRELL, JR.
United States District Judge