CHARLETON S. PEARSE, SBN 122491
ADAM M. AMBROZY, SBN 258237
BENJAMIN D. ORAM, SBN 269453
**LENAHAN, LEE, SLATER & PEARSE, LLP**
1030 15TH Street, Suite 300
Sacramento, CA 95814
Telephone: (916) 443-1030
Facsimile: (916) 443-0869

Attorneys for Defendants
**COUNTY OF YOLO DEPARTMENT OF EMPLOYMENT AND SOCIAL SERVICES and PAMELA MILLER**

MARY –ALICE COLEMAN, SBN 98365
THOMS B. GILL, SBN 146275
**LAW OFFICE OF MARY-ALICE COLEMAN**
1109 Kennedy Place, Suite 2
Davis, CA 95616
Telephone: (916) 498-9131
Facsimile: (916) 304-0880

Attorneys for Plaintiff
**DIANA WILLIAMS**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PAMELA MILLER, in her individual capacity, and YOLO COUNTY DEPARTMENT OF EMPLOYMENT AND SOCIAL SERVICES<br><br>　　　　　　　Defendants. | Case No. 2:11-CV-01844-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PERCIPIENT WITNESS DISCOVERY** |

All parties hereby stipulate to extending the closure date for percipient witness discovery to February 28, 2013. Both sides have been engaged in substantial electronic discovery resulting in production of over 56,000 e-mails, most of which are multiple pages in length. Hundreds of

hours have been spent in just gathering, downloading and distributing these e-mails. The additional discovery time sought is for completion of numerous (9 at this point) depositions, with others thereafter. No other scheduling dates previously set will be altered by this stipulation and the resulting order, which the court is respectfully requested to grant.

In order to facilitate continuing discovery and evaluation of the case, Plaintiff DIANA WILLIAMS, (hereinafter referred to as "Plaintiff"), and Defendants, PAMELA MILLER AND COUNTY OF YOLO DEPARTMENT OF EMPLOYMENT AND SOCIAL SERVICES (hereinafter collectively referred to as "Defendants") hereby stipulate and seek an order of the Court modifying the Court's October 6, 2011 scheduling order as follows:

(1) All parties will complete percipient witness discovery on or before **February 28, 2013**.

(2) All other dates contained within the October 6, 2011 scheduling order or otherwise previously modified are to remain as ordered and are unmodified, altered, or changed.

This Stipulation may be executed in counter-part and faxed and/or authorized electronic signature shall be deemed the same as an original execution.

DATED: December 4, 2012            **LENAHAN, LEE, SLATER & PEARSE, LLP**


By: _____
CHARLETON S. PEARSE
Attorneys for Defendant,
COUNTY OF YOLO and PAMELA MILLER

DATED: December 4, 2012            **LAW OFFICE OF MARY-ALICE COLEMAN**


By: _____
THOMAS B. GILL
Attorneys for Plaintiff,
DIANA WILLIAMS

**IT IS HEREBY ORDERED THAT**:

(1) All parties will complete percipient witness discovery on or before **February 28, 2013**.

(2) All other dates contained within the October 6, 2011 scheduling order or otherwise previously modified are to remain as ordered and are unmodified, altered, or changed.

Dated: 12/5/12

_____
HON. GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE