**LAW OFFICE OF MARY-ALICE COLEMAN**
**MARY-ALICE COLEMAN, SBN 98365**
**THOMAS B. GILL, SBN #146275**
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone:  (916) 498-9131
Facsimile:  (916) 304-0880

Attorneys for Plaintiff
**DIANA WILLIAMS**

**LENAHAN, LEE, SLATER & PEARSE, LLP**
**CHARLETON S. PEARSE, SBN 122491**
**BENJAMIN D. ORAM, SBN 269453**
1030 15th Street, Suite 300
Sacramento, CA 95814
Telephone:  (916) 443-1030
Facsimile:  (916) 443-0869

Attorneys for Defendants
**COUNTY OF YOLO DEPARTMENT OF EMPLOYMENT AND SOCIAL SERVICES and PAMELA MILLER**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA WILLIAMS, | CASE NO. 2:11-CV-01844-GEB-DAD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR EXPERT WITNESS DISCLOSURES |
| v. | |
| PAMELA MILLER, in her individual capacity, and YOLO COUNTY DEPARTMENT OF EMPLOYMENT AND SOCIAL SERVICES, | |
| Defendants. | |

In order to facilitate continuing discovery and evaluation of the case, Plaintiff DIANA WILLIAMS and Defendants YOLO DEPARTMENT OF EMPLOYMENT AND SOCIAL SERVICES and PAMELA MILLER hereby stipulate and seek an order of the Court modifying the Court's October 6, 2011 scheduling order and subsequent July 5, 2012 order as follows:

1. All parties agree to comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before **March 4, 2013**, with any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) to be disclosed on or before **April 4, 2013**.
2. All other dates previously ordered by the Court in the October 6, 2011 scheduling order and subsequent orders are to remain unmodified, altered, or changed.

This Stipulation may be executed in counterpart and faxed and/or authorized electronic signature shall be deemed the original as an original execution.

DATED: February 4 2013  **LAW OFFICE OF MARY-ALICE COLEMAN**

By:  _____//s// Thomas B. Gill_____
Thomas B. Gill
Attorney for Plaintiff
DIANA WILLIAMS

DATED: February 4 2013  **LENAHAN, LEE, SLATER & PEARSE, LLP**

By:  _____//s// Benjamin D. Oram_____
Charleton S. Pearse
Benjamin D. Oram
Attorneys for Defendants
COUNTY OF YOLO DEPARTMENT OF
EMPLOYMENT AND SOCIAL SERVICES
and PAMELA MILLER

-2-
**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT WITNESS DISCLOSURE
CASE NO. 2:11-CV-01844-GEB-DAD**

**IT IS HEREBY ORDERED THAT:**

1. All parties will comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before **March 4, 2013**, with any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) to be disclosed on or before **April 4, 2013**.
2. All other dates previously ordered by the Court in the October 6, 2011 scheduling order and subsequent orders are to remain unmodified, altered, or changed.

**Date: 2/6/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge